UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Maurisha Monique McNair            Docket No. 2:15-CR-24-1H

### Petition for Action on Supervised Release

COMES NOW Melissa Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Maurisha Monique McNair, who, upon an earlier plea of guilty to two counts of Bank Robbery, in violation of 18 U.S.C. § 2113(a) was sentenced by the Honorable Raymond A. Jackson, United States District Judge for the Eastern District of Virginia, on March 2, 2012, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Maurisha Monique McNair was released from custody on March 7, 2014, at which time the term of supervised release commenced. On October 29, 2015, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 5, 2015, McNair submitted to urinalysis that resulted positive for marijuana. On November 25, 2015, the undersigned probation officer confronted the defendant regarding the violation. McNair signed an admission form indicating she last used marijuana on or about October 10, 2015.

As a sanction for the violation, the probation officer respectfully recommends the conditions of supervised release be modified to include the DROPS Program at the second use level and to include 2 days in the custody of the Bureau of Prisons.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

Maurisha Monique McNair
Docket No. 2:15-CR-24-1H
Petition For Action
Page 2

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Melissa K. Gonigam
Melissa K. Gonigam
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: (252) 830-2345
Executed On: December 4, 2015

## ORDER OF THE COURT

Considered and ordered this 9th day of December 2015 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge